WILLIAM M. CLEVENGER, appellant,

*v.*

JAMES A. QUINN, respondent.

[Argued November 22d, 1911.   Decided March 4th, 1912.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming, whose opinion is reported *ante p. 485.*

*Mr. William M. Clevenger, pro se,* for the appellant.

*Messrs. Bourgeois & Coulomb,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, KALISCH, BOGERT, VREDENBURGH, VROOM, CONGDON, WHITE—13.

*For reversal*—None.